

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2015

No. 04-14-00674-CV

John M. **DONOHUE**, Owner 2005 Dodge HD 2500 Truck
VIN 3D7KS28C2560708438 TXLP 86ZZF3,
Appellant

v.

Daniel R. **BUTTS**, Bandera County Sheriff; J.J. Martinez, Deputy; Deputy John Doe #1; Deputy
John Doe #2; Deputy John Doe #3, Individually and In Their Official Capacity,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000180
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file motion for rehearing is hereby
GRANTED. Time is extended to September 25, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 3rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court